Argued November 1, affirmed November 13, 1973

IN THE MATTER OF JEFFREY OWEN WARWICK, A MINOR CHILD.

STATE EX REL JUVENILE DEPARTMENT OF MULTNOMAH COUNTY, *Respondent, v.* WARWICK (No. 40918), *Appellant.*

515 P2d 427

*Lee M. Zittenfield,* Portland, argued the cause and filed the brief for appellant.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

AFFIRMED. *State ex rel Juv. Dept. v. Dunster,* 11 Or App 102, 501 P2d 996 (1972); *State ex rel Juv. Dept. v. Johnson,* 11 Or App 313, 501 P2d 1011 (1972), Sup Ct *review denied* (1973); and *State v. Weidner,* 6 Or App 317, 484 P2d 844, 487 P2d 1385 (1971).